Scott T. Shibayama (SBN 173571)
Vision Law Corporation
1380 Lead Hill Boulevard, Suite 106
Roseville, CA 95661
Telephone (916) 780-1920
Facsimile: (916) 780-1921
scott@visionlaw.com

Gaurav Kalra (SBN 219483)
Veda Counsel, Attorneys at Law
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:  (916) 492-6088
Facsimile:  (916) 492-6087
gkalra@vedacounsel.com

Attorneys for Plaintiffs
Jean Romeo and Robert Bear Claw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jean Romeo, an individual and Arizona resident, Robert Bear Claw, an individual and Arizona resident,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Romeo & Juliette, Inc., a California corporation, Thomas Romeo, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 08-CV-01131-JAM-KJM<br><br>**STIPULATION TO FILE SECOND-AMENDED COMPLAINT AND ORDER**<br><br>Filing Date: May 22, 2008 |

　　　　The undersigned stipulate to permit Plaintiffs to file a second-amended complaint. Defendants recently filed a motion to dismiss as to Plaintiffs' first-amended complaint. After the parties met and conferred on the pending motion, they agreed to stipulate to permit Plaintiffs to file

---

1
**STIPULATION AS TO SECOND-AMENDED COMPLAINT AND PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

a second-amended complaint. The second-amended complaint will be filed by August 29, 2008. Defendants will have thirty (30) days from that date to file a responsive pleading.

Dated: August 18, 2008

Vision Law Corporation

By: _____/s/_____
Scott Shibayama (SBN 173571)
Attorney for Plaintiffs

Dated: August 18, 2008

Veda Counsel, Attorneys at Law

By: _____/s/_____
Gaurav Kalra (SBN 219483)
Attorney for Plaintiffs

Dated: August 18, 2008

**weintraub** genshlea chediak

By: /s/ Dale C. Campbell
(as authorized on August 18, 2008)
W. Scott Cameron (SBN 229828)
Dale C. Campbell (SBN 99173)
Attorneys for Defendants

DATED: August 19, 2008

**IT IS SO ORDERED.**

/s/ John A. Mendez_____

Hon. John A. Mendez

Judge of the Eastern District of California

VEDA COUNSEL
770 L Street, Suite 950, Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com