Dale C. Campbell, California State Bar No. 99173
W. Scott Cameron, California State Bar No. 229828
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558-6000
Facsimile: 916/446-1611

Attorneys for Defendants and Counterclaimants
Romeo & Juliette, Inc. and Thomas Romeo

UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ROMEO, an individual and Arizona resident, ROBERT BEAR CLAW, an individual and Arizona resident,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMEO & JULIETTE, INC., a California corporation; THOMAS ROMEO; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 08-CV-01131-JAM-KJM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, defendants and counterclaimants Romeo & Juliette, Inc. and Thomas Romeo, and plaintiffs and counterdefendants Jean Romeo and Robert Bear Claw, through the signatures of their respective counsel, hereby stipulate to dismiss this action with prejudice, in its entirety,

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

///

including all claims and affirmative defenses contained in the Complaint, the Counterclaim, and answers thereto, each party to bear its own attorneys' fees and costs.

Dated: March ___, 2009        Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____
    Dale C. Campbell
    California State Bar No. 99173

Attorneys for Defendants and Counterclaimants Romeo & Juliette, Inc. and Thomas Romeo

Dated: March ___, 2009        VISION LAW CORPORATION

By: _____
    Scott T. Shibayama
    California State Bar No. 173571

Attorneys for Plaintiffs and Counterdefendants Jean Romeo and Robert Bear Claw

Dated: March ___, 2009        VEDA COUNSEL, ATTORNEYS AT LAW

By: _____
    Gaurav Kalra
    California State Bar No. 219483

Attorneys for Plaintiffs and Counterdefendants Jean Romeo and Robert Bear Claw

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS SO ORDERED.

Dated: March 10, 2009        /s/ John A. Mendez_____
                             The Honorable John A. Mendez
                             Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com